I. Muller, Defendant in Error, v. L. Walensky and H. Rabinovitz, Plaintiffs in Error.

Gen. No. 21,551.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed March 20, 1917.

## Statement of the Case.

Action by I. Muller, plaintiff, against L. Walensky and H. Rabinovitz, defendants, to recover upon two promissory notes executed by defendants. From a judgment for plaintiff, defendants bring error.

H. J. ROSENBERG, for plaintiffs in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 13*—*when striking of affidavit of merits from files is erroneous.* In an action in the Municipal Court to recover against the makers of a promissory note, where the defendants filed an affidavit of merits pleading a total failure of consideration and stating, in substance, that the note was given for work of a specific kind to be done, that was never performed, *held* that the striking of such affidavit from the files was erroneous, especially under the liberal form of pleading in the Municipal Court, and that the defendants were entitled to make their defense upon the facts pleaded.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.